# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE POMMERVILLE, on behalf of Debra Ragland (deceased),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No. CV 16-4104 JC<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. §§ 2412, 1920, be awarded subject to the terms of the Stipulation.

DATED: July 10, 2017

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　United States Magistrate Judge